# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0544

_____

PILOT FLYING J/PILOT TRAVEL
CENTERS, LLC,

     Appellants,

     v.

ROBIN GODWIN,

     Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: May 3, 2017.

August 30, 2019

PER CURIAM.

     AFFIRMED.

ROWE, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jennifer S. Haley-Gleason and Jerod M. Rigoni of Carr Allison, Tallahassee, for Appellants.

Stephen M. Andrews of Stephen Andrews, P.A., Tallahassee, for Appellee.